## Nelson Appeal.

Before TRANCHITELLA, J. Submitted March 20, 1974. *Joseph M. Casey,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *John H. Isom, Mark Sendrow, David Richman,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for appellee.

Order affirmed.

SPAETH, J., dissents on the basis of his dissenting opinion in *Anderson Appeal,* 227 Pa. Superior Ct. 439, 444, 313 A.2d 260 (1973).

## Paparo *v.* Macrina et ux., Appellants.

Submitted September 9, 1974. *Nino V. Tinari,* for appellants; *Peter A. DeLiberty,* for appellee.

Judgment affirmed.